UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                        **No. 3:24-CR-00567-JD**

               Plaintiff,              **STIPULATION**

      - v. -

JOANNA O'DONNELL et al.,

            Defendants,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA and defendants JOANNA O'DONNELL, GASTON KOLKER, and MICHAEL GOLDFINE, through their attorneys, that due to scheduling conflicts this Court should enter an Order adjourning the conference currently scheduled for April 14, 2025, until May 12, 2025.

The parties further stipulate that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) from April 14, 2025 to May 12, 2025. The parties agree as follows:

1. The government has provided discovery to the defendants and continues to do so. The discovery is large in volume for this complex case involving multiple defendants.

2. Based on the foregoing, the defendants agree to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, this case is complex within the meaning of § 3161(h)(7)(B)(ii).

3. Given these circumstances, the parties agree that the ends of justice are served by excluding the period from April 14, 2025 to May 12, 2025, and this exclusion outweighs the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

4.  Accordingly, and with the consent of the defendants, the Court should order that the period

from April 14, 2025 to May 12, 2025 be excluded from Speedy Trial Act calculations under

18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

By:


/s/Phillip Hamilton\_\_                     /s/Robert Rees_____
Phillip C. Hamilton, Esq.                  Robert Rees, Esq.
Counsel to Michael Goldfine               Assistant United States Attorney

Dated: April 1, 2025                       Dated:  April 1, 2025



/s/ Edie Lerman_____                      /s/ Michael Harper\_\_\_\_
Edie Lerman, Esq.                          Michael C. Harper, Esq.
Counsel to Joanna O'Donnell               Counsel to Gaston Kolker

Dated: April 1, 2025                       Dated April 1, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------- X

UNITED STATES OF AMERICA,

                No. 24-CR-567-JD

          Plaintiff,

                (PROPOSED) ORDER

-v.-

JOANNA O'DONNELL et al.,

          Defendants.

-------------------------------------------------------- X

GOOD CAUSE HAVING BEEN SHOWN, the status conference in this case currently scheduled

for April 14, 2025, is adjourned to ~~May 12, 2025~~ June 2, 2025.  Furthermore, the Court finds that, given the

circumstances explained by the parties in their stipulation above, the ends of justice are served by

excluding the time period between April 14, 2025 and ~~May 12, 2025~~ June 2, 2025 outweigh the best interest of

the public and the defendant in a speedy trial. § 3161(h)(7)(A). Furthermore, this case is complex

within the meaning of § 3161(h)(7)(B)(ii). Accordingly, the Court orders that the time period

between April 14, 2025 and ~~May 12, 2025~~ June 2, 2025 be excluded from Speedy Trial Act calculations

under 18 U.S.C. §§ 3161(h)(7)(A) & (7)(B)(ii).

Dated: San Francisco, California

_____ April 4 , 2025

_____
Hon. James Donato
United States District Judge