UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------- X

UNITED STATES OF AMERICA,

                Plaintiff,

-v.-

JOANNA O'DONNELL et al.,

                Defendants.

-------------------------------------------------------- X

No. 24-CR-567-JD

~~(PROPOSED)~~ ORDER

GOOD CAUSE HAVING BEEN SHOWN, the status conference in this case currently scheduled for April 14, 2025, is adjourned to ~~May 12, 2025~~ June 2, 2025. Furthermore, the Court finds that, given the circumstances explained by the parties in their stipulation above, the ends of justice are served by excluding the time period between April 14, 2025 and ~~May 12, 2025~~ June 2, 2025 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(7)(A). Furthermore, this case is complex within the meaning of § 3161(h)(7)(B)(ii). Accordingly, the Court orders that the time period between April 14, 2025 and ~~May 12, 2025~~ June 2, 2025 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(7)(A) & (7)(B)(ii).

Dated: San Francisco, California

      April 4, 2025

                                                                                   Hon. James Donato
                                                                                  United States District Judge