1  
2  
MICHAEL HARPER, ESQ. (CABN 264814)  
K&L GATES, LLP  
3  
1601 K Street, N.W.  
Washington, DC 20006  
Telephone: (202) 778-4572  
4  
Fax: (202) 778-9100  
Email: Michael.Harper@klgates.com  
5  

6  
Attorney for Defendant GASTON KOLKER  

7  
UNITED STATES DISTRICT COURT  

8  
NORTHERN DISTRICT OF CALIFORNIA  

9  
SAN FRANCISCO DIVISION  

10  

11  
UNITED STATES OF AMERICA,           )      3:24-CR-00567-JD  
                                    )  
12  
        Plaintiff,                  )  
                                    )      **STIPULATION WITH**  
13  
    v.                              )      (**PROPOSED**) **ORDER TO**  
                                    )      **CONTINUE STATUS**  
14  
GASTON KOLKER                       )      **CONFERENCE AND**  
                                    )      **TOLL SPEEDY TRIAL**  
15  
        Defendant.                  )  
16  
                                    )  

17  
18  
    IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES

19  
OF AMERICA (hereinafter the "Government") and Defendant GASTON KOLKER (collectively,

20  
the Defendant and the Government are referred to as the "Parties"), that Defendant KOLKER's

21  
status conference be continued from November 10, 2025 to January 12, 2026.  Furthermore, the

22  
Parties hereby seek an order for the exclusion of time under the Speedy Trial Act, 18 U.S.C. §

23  
3161(h)(8)(A), from November 10, 2025, to January 12, 2026.  The Parties agree as follows:

24  
    1.  Since the September 8, 2025, Joint Status Report on Discovery and Request to Continue

25  
Status Conference, ECF No. 60, the Parties have been engaged in numerous productive discussions

26  
regarding the merits of this case.

27  
28

2.   The Parties believe that the continuance of the November 10, 2025, status conference is warranted because the Parties are in the advanced stages of finalizing a pretrial disposition.

3.   The Parties expect to provide an update regarding their proposed pretrial disposition on or before January 12, 2026.

4.   As such, the Parties request that the status conference be continued from November 10, 2025, to January 12, 2026.

5.   The Parties also agree to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny the Parties appropriate time to finalize their pretrial disposition discussions.  Furthermore, the case and its potential pretrial resolution is complex within the meaning of § 3161(h)(7)(B)(ii).

6.   Given these circumstances, and with the consent of the Parties, the Court should continue the status conference until January 12, 2026.  Furthermore, the Parties also agree that the ends of justice are served by excluding the period from November 10, 2025, to January 12, 2026, and this exclusion outweighs the best interest of the public and the Defendants in a speedy trial.   § 3161(h)(8)(A).

7.   Accordingly, and with the consent of the Parties, the Court should continue Defendant KOLKER's status conference until January 12, 2026, and should order that the period from November 10, 2025 to January 12, 2026 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

IT IS SO STIPULATED:

_____
MICHAEL C. HARPER, ESQ.
Counsel to Gaston Kolker

Dated: November 3, 2025

/s/
_____
DAVID J. WARD, ESQ.
Assistant United States Attorney

Dated: November 3, 2025

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:24-CR-00567-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **[PROPOSED] ORDER** |
| GASTON KOLKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE HAVING BEEN SHOWN, the status conference is adjourned until January 12, 2026, for Defendant GASTON KOLKER and the Court finds that, given the circumstances explained by the Parties in its Request, the ends of justice served by excluding the time period between November 10, 2025 and January 12, 2026 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A). Furthermore, this case is complex within the meaning of § 3161(h)(7)(B)(ii). Accordingly, the Court orders that the status conference be adjourned to January 12, 2026 and the time period between November 10, 2025 and January 12, 2026 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) & (7)(B)(ii).

IT IS SO ORDERED

Dated: November 4 , 2025

_____

Hon. James Donato
United States District Judge